IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30547
Summary Calendar
_____


JODY VAUGHN,

                              Plaintiff-Appellant,

versus

RYAN-WALSH, INC.,

                              Intervenor-Defendant,

versus

AMERICAN RIVER TRANSPORTATION COMPANY,

                              Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 93-CV-816 S
- - - - - - - - - -
February 1, 1996

Before KING, SMITH and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Jody Vaughn appeals from the district court's denial of
remand and entry of summary judgment in favor of defendant ARTCO
in his suit under the Longshore and Harbor Workers' Compensation
Act; 33 U.S.C. § 905(b). Vaughn contends that the district court
erred in denying remand because the Jones Act claim filed against

_____

        [*]     Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

Ryan-Walsh was a nonremovable claim; therefore, the court lacked jurisdiction to hear ARTCO's motion for summary judgment.  Vaughn contends that the district court erred by granting ARTCO's motion for summary judgment because a genuine issue of material fact existed with regard to ARTCO's compliance with its duty to deliver a safe barge to Ryan-Walsh with respect to its gear, equipment, and workplace.

We have reviewed the briefs and the record and we affirm. The district court did not err by denying remand and granting ARTCO's motion for summary judgment.

AFFIRMED.